CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

DEC 13 2022

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

**Jones**
District Judge
(Assigned by Clerk's Office)

**Sargent**
Mag. Referral Judge
(Assigned by Clerk's Office)

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CIVIL ACTION NO. __2:722cv00715__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Ronald Redman Jr American Citizen
Plaintiff Name

1990004274
Inmate No.

v.

Roanoke City Police Department
Defendant Name & Address

United States Joe Biden President
Defendant Name & Address

United States Kamala Harris Vice President
Defendant Name & Address

Va Commonwealth
Defendant Name & Address

Roanoke County and Magistrate Judges
Defendant Name & Address

Roanoke City Judges and Magistrates
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

****************************************************************************************

A. **Where are you now?** Name *and* Address of Facility:
Roanoke City Jail Campbell Avenue Roanoke City

B. Where did this action take place? _Va Commonwealth Roanoke_

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   ✓ Yes     ___ No

   If your answer to A is Yes, answer the following:
   1. Court: _United States District Court Western District Va_
   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   ___ Yes     ✓ No

   1. If your answer is Yes, indicate the result:
      _N/A_
      _It Doesn't pertain to facility_
   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:
_Fraud, Using my Christian Name for Straw Man for Loans from Unknown Sources_

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)
_Making me a Slave my whole Life Using a Social Security Number, And Birth Certificate Number._

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

All the assetts they have gain against my family and Myself gathering moneys and loans.

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 11/9/22   SIGNATURE: Ron Redman

VERIFICATION:

I, Ronald Redman Sr., state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED 11/9/22   SIGNATURE: Ron Redman

Updated 9/9/22

Ron Raemar Jr
Roanoke, City Jail
324 Campbell Ave. Roanoke, Va
24013

United States District Court
office of the Clerk
210 Franklin Rd. Rm 540
Roanoke, Va 24011