# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

|  |  |
|---|---|
| **RONALD REDMAN, JR.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:22CV00715 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **ROANOKE CITY POLICE** ) | J‌UDGE J‌AMES P. J‌ONES |
| **DEPARTMENT, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

*Ronald Redman, Jr., Pro Se Plaintiff.*

Plaintiff Ronald Redman, Jr., a Virginia inmate proceeding pro se, has filed a pleading that the court construed and docketed as a civil rights action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).[1] He alleges that the defendants have fraudulently used his name. After review of the Complaint, I conclude that the lawsuit must be summarily dismissed as frivolous.

Liberally construed, Redman's Complaint alleges that the defendants have engaged in "fraud, using [his] Christain [sic] name for straw man for loans from

---

[1] The defendants Redman names in this Complaint are Roanoke City Police Department, United States Joe Biden President, United States Kamala Harris Vice President, VA Commonwealth, Roanoke County and Magistrate Judges, and Roanoke City Judges and Magistrates. Because some of Redman's defendants are state officials or entities, he is apparently bringing some claims under 42 U.S.C. § 1983.

unknown sources." Compl. 2, ECF No. 1. He also sues the defendants for "making [him] a slave [his] whole life giving a social security number, and birth certificate number." *Id.* As relief, he seeks "[a]ll the assets they have gain [sic] against [his] family and [him]self gathering moneys and loans." *Id.* at 3.

The court must dismiss any action or claim filed by a prisoner against a governmental entity or officer if the court determines the action or claim is frivolous, malicious, or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915A(b)(1). A "frivolous" claim is one that "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (interpreting "frivolous" in former version of 28 U.S.C. § 1915(d)).

Redman's straw man claims and other contentions in this lawsuit against federal and state officials and entities fall squarely into this class of claims. Accordingly, I will summarily dismiss the action under § 1915A(b)(1) as frivolous.

A separate Final Order will be entered herewith.

DATED: January 5, 2023

/s/  JAMES P. JONES
Senior United States District Judge